IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **WELLS FARGO BANK NA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:11-CV-00963-M (BF)** |
| | § | |
| **RICHARD CARSON** *and all other* | § | |
| *occupants* **and DANIEL** | § | |
| **HERNANDEZ,** | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of

United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings,

Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings,

Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Motion to Remand (doc. 10) is **GRANTED** and this case shall be

remanded to the County Court of Law 1, Dallas County, Texas.

**SO ORDERED** this 15th day of August, 2012.


_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS